UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1509
(A070-632-436)
_____

JOSE UBALDINO POLANCO-MADEROS

    Petitioner

v.

PAMELA JO BONDI, Attorney General

    Respondent

_____

O R D E R
_____

Upon consideration of respondent's unopposed motion for stay of status report deadline in light of the lapse of appropriations, the court grants the motion and suspends the filing of status reports until further order of the court.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk